# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                          No. 4:08CR00433 JLH

MELVIN T. GARRETT                                                    DEFENDANT

## ORDER

Melvin T. Garrett's motion for early termination of supervised release is GRANTED. Document #10. Garrett is hereby terminated from supervision.

IT IS SO ORDERED this 22nd day of March, 2012.

                                                                    _____
                                                                    J. LEON HOLMES
                                                                    UNITED STATES DISTRICT JUDGE